B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  **Tri-Tech Transport, L.L.C.**　　　　　　　　　　　　　　　Case No.　**14-30778**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| AF Forbes Inc.<br>119 Commerce Street<br>East Haven, CT 06512 | Tom Hennessey<br>AF Forbes Inc.<br>119 Commerce Street<br>East Haven, CT 06512<br>203-468-2777 | Fuel | | 12,152.75 |
| Berkshire IV<br>111 Universal Drive<br>North Haven, CT 06473 | Red<br>Berkshire IV<br>111 Universal Drive<br>North Haven, CT 06473<br>203-495-1422 | Fuel | | 12,000.00 |
| CAN Capital<br>155 North 400 West<br>Salt Lake City, UT 84103 | ATTN; Guy Wallace<br>CAN Capital<br>155 North 400 West<br>Salt Lake City, UT 84103<br>678-239-3754 | Loan | | 28,222.00 |
| CAN Capital<br>155 North 400 West<br>Salt Lake City, UT 84103 | Attn: Guy Wallace<br>CAN Capital<br>155 North 400 West<br>Salt Lake City, UT 84103<br>678-239-3754 | Loan | | 19,840.00 |
| Financial Pacific<br>PO Box 4568<br>Federal Way, WA 98023 | Accounts Receivable Dept.<br>Financial Pacific<br>PO Box 4568<br>Federal Way, WA 98023<br>800-447-7107 | Equipment Finance | | 41,000.00 |
| Fuelrite<br>POB 1910<br>Waterbury, CT 06722 | Carlos Rivera<br>Fuelrite<br>POB 1910<br>Waterbury, CT 06722<br>203-597-9090 | Fuel | | 4,954.00 |
| Gabrielli Truck<br>153-20 South Conduit Avenue<br>NY 11034 | Accounts Receivable Dept.<br>Gabrielli Truck<br>153-20 South Conduit Avenue<br>NY 11034<br>860-570-7068 | Truck Leasing | | 16,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Tri-Tech Transport, L.L.C.**                    Case No.   **14-30778**
　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Global Environmental Services**<br>POB 8444<br>New Haven, CT 06530 | Accounts Receivable Dept.<br>Global Environmental Services<br>POB 8444<br>New Haven, CT 06530<br>203-234-7311 | **Dumpster Services** | | 870.39 |
| **Horizon Business Funding**<br>27 Williams Street<br>New York, NY 10005 | Accounts Receivable Dept.<br>Horizon Business Funding<br>27 Williams Street<br>New York, NY 10005<br>347-899-4033 | **Loan** | | 7,250.00 |
| **Keystone Equipment Finance Cor**<br>433 New Park Avenue<br>West Hartford, CT 06110 | Accounts Receivable Dept.<br>Keystone Equipment Finance Cor<br>433 New Park Avenue<br>West Hartford, CT 06110<br>860-233-3663 | **Equipment Finance** | | 29,000.00 |
| **SMM New England Corp**<br>234 Universal Drive<br>North Haven, CT 06473 | Jillian Lore/William Rosato<br>SMM New England Corp<br>234 Universal Drive<br>North Haven, CT 06473<br>212-500-7445 | **Equipment Finance** | | 17,182.41 |
| **United Illuminating**<br>Attn: Carol Jones<br>P.O. Box 1564<br>New Haven, CT 06506 | United Illuminating<br>Attn: Carol Jones<br>P.O. Box 1564<br>New Haven, CT 06506 | **Utility** | | 940.48 |
| **WG Financing**<br>141 Northeast 3rd Avenue<br>Miami, FL 33132 | Accounts Receivable Dept.<br>WG Financing<br>141 Northeast 3rd Avenue<br>Miami, FL 33132<br>786-319-9096 | **Loan** | | 12,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Tri-Tech Transport, L.L.C.**                                                                                    Case No.   **14-30778**
                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 24, 2014**                              Signature  **/s/ Nicole Motzer**
                                                                                   **Nicole Motzer**
                                                                                   **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.